UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV09-00956 - JVS (ANx)               Date  November 20, 2009

Title  Raul Rojas Alvarado v. The Wolf Firm, et al.

Present: The Honorable    James V. Selna

Karla J. Tunis                                            Not Present
Deputy Clerk                                           Court Reporter

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Not Present                                              Not Present

**Proceedings:**   (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than December 7, 2009, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__  **Proof of service of summons and complaint as to defendants.**
and/or
__X__  **Answer by the defendant(s) or plaintiff's request for entry of default.**

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

The Court hereby sets the Order to Show Cause for hearing on December 14, 2009 at 11:00 a.m. The Court further continues the Scheduling Conference from November 30, 2009 to December 14, 2009 at 11:00 a.m.

:  00

Initials of Preparer   kjt