UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 09-0956-DMG-ANx) | Date | MARCH 30, 2010 |

Title  **Raul Rojas Alvarado v. The Wolf Firm, A Law Corporation, et al.,**

Present: The Honorable   DOLLY M. GEE., UNITED STATES DISTRICT COURT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

On February 25, 2010 this court granted defendants' motions to dismiss plaintiff's complaint and granted plaintiff leave to amend his complaint by no later than March 18, 2010. Plaintiff having failed to file a first amended complaint,

IT IS ORDERED that plaintiff show cause in writing no later than April 7, 2010 why this action should not be dismissed for lack of prosecution. Failure to respond by April 7, 2010 shall result in the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

cc: all parties